# REQUIRED STATEMENT TO ACCOMPANY ALL MOTIONS TO MODIFY STAY

All Cases: Debtor(s) __Kristy Lynn Thurber_____ Case No. __14-43377__ Chapter __13__

All Cases: Name of Moving Creditor __Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services__
Date Case Filed ___12/3/14___

Nature of Relief Sought:  X Lift Stay   Annul Stay   Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____ or Date Plan Confirmed __2/27/15__

Chapter 7:  No-Asset Report Filed on _____
No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
   a. Home _____
   b. X Car   Year, Make and Model __2007 Lexus ES__
   c. Other _____

2. Balance Owed as of Petition Date $__14,170.30 as of 2/22/16__
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral $__13,200.00__

5. Default
   a. Pre-Petition Default
      Number of months _____   Amount $ _____
   b. X Post-Petition Default
      i. X On direct payments to the moving creditor
         Number of months __2.8__   Amount $__1,128.80 as of 2/22/16__
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____

6. Other Allegations
   a. X Lack of Adequate Protection § 362 (d)(1)
      i. No insurance
      ii. Taxes unpaid   Amount $ _____
      iii. Rapidly depreciating asset _____
      iv. X Other __That an individual by the name of Jonathan L. Thurber is currently protected by the §1301 co-debtor stay.__
   b. No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii. Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. Reaffirm   ii. Redeem   iii. Surrender   iv. No Statement of Intention Filed

Date: 2/25/16                                  __/s/ Terri M. Long__
                                               Counsel for Movant

**Payment History Details**

Customer Name KRISTY THURBER | Loan Number    8455

Print

| Posting Date | Transaction Description | Transaction Amount | Next Due Date | Principal | Interest | CPI | CPI Interest | Late Charges | Other Charges | Unapplied Amount | CPI Balance | Principal Balance | Payment Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2016 | WEB DIRECTDEBIT PAYMENT | $400.00 | 12/04/2015 | $184.91 | $215.09 | - | - | - | - | - | - | $13,846.08 | $58.48 |
| 12/03/2015 | IVR DIRECTDEBIT PAYMENT | $450.00 | 11/04/2015 | $251.53 | $198.47 | - | - | - | - | - | - | $14,030.99 | $54.24 |
| 11/04/2015 | DIRECTDEBIT PAYMENT | $395.76 | 10/04/2015 | $12.18 | $383.58 | - | - | - | - | - | - | $14,282.52 | - |
| 09/09/2015 | REGULAR PAYMENT | $1,183.04 | 09/04/2015 | $694.63 | $488.41 | - | - | - | - | - | - | $14,294.70 | - |
| 07/03/2015 | IVR DIRECTDEBIT PAYMENT | $400.00 | 08/04/2015 | $181.91 | $218.09 | - | - | - | - | - | - | $14,989.33 | - |
| 06/03/2015 | DIRECTDEBIT PAYMENT | $395.76 | 05/04/2015 | $175.15 | $220.61 | - | - | - | - | - | - | $15,171.24 | $4.24 |
| 05/04/2015 | DIRECTDEBIT PAYMENT | $395.76 | 04/04/2015 | $117.22 | $278.54 | - | - | - | - | - | - | $15,346.39 | - |
| 04/06/2015 | DIRECTDEBIT PAYMENT | $395.76 | 03/04/2015 | - | $395.76 | - | - | - | - | - | - | $15,463.61 | - |
| 02/02/2015 | DIRECTDEBIT PAYMENT | $395.76 | 02/04/2015 | $31.93 | $363.83 | - | - | - | - | - | - | $15,463.61 | - |
| 12/16/2014 * | REGULAR PAYMENT - OTHER | $311.31 | 01/04/2015 | $186.31 | $105.21 | - | - | $19.79 | - | - | - | $15,495.54 | - |
| 12/16/2014 * | REGULAR PAYMENT - OTHER | $104.24 | 12/04/2014 | $104.24 | - | - | - | - | - | - | - | $15,681.85 | $104.24 |
| 12/16/2014 * | CORRECTION/ADJUSTMENT | ($104.24) | 12/04/2014 | ($104.24) | - | - | - | - | - | - | - | $15,786.09 | - |
| 12/16/2014 * | PAYMENT REVERSAL - POSTED INCORRECTLY | ($311.31) | 12/04/2014 | ($206.11) | ($105.20) | - | - | - | - | - | - | $15,681.85 | - |
| 12/15/2014 | DIRECTDEBIT PAYMENT | $311.31 | 12/04/2014 | $206.11 | $105.20 | - | - | - | - | - | - | $15,475.74 | $311.31 |
| 12/02/2014 * | STORE PRINCIPAL PAYMENT | $104.24 | 12/04/2014 | $104.24 | - | - | - | - | - | - | - | $15,681.85 | - |
| 12/02/2014 * | STORE REGULAR PAYMENT | $395.76 | 12/04/2014 | $61.25 | $334.51 | - | - | - | - | - | - | $15,786.09 | - |
| 11/14/2014 | LATE CHARGE ADDED | ($19.79) | | - | - | - | - | ($19.79) | - | - | - | - | - |
| 10/14/2014 | DIRECTDEBIT PAYMENT | $395.76 | 11/04/2014 | $302.89 | $92.87 | - | - | - | - | - | - | $15,847.34 | - |
| 10/02/2014 | DIRECTDEBIT PAYMENT | $783.04 | 10/04/2014 | $611.21 | $171.83 | - | - | - | - | - | - | $16,150.23 | - |
| 09/24/2014 | DIRECTDEBIT PAYMENT | $800.00 | 08/04/2014 | - | $800.00 | - | - | - | - | - | - | $16,761.44 | - |
| 06/04/2014 * | STORE LATE CHARGE PAYMENT | $19.79 | 06/04/2014 | - | - | - | - | $19.79 | - | - | - | $16,761.44 | - |

Close Window